| English | Customer Service | USPS Mobile | | Register / Sign In |



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70103090000108169715

**On Time**
Expected Delivery Day: **Wednesday, April 8, 2015**

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Extra Svc:**
Certified Mail™
Up to $50 insurance included
Restrictions Apply

Return Receipt

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 8, 2015, 10:07 am | Delivered | WILMINGTON, DE 19808 |

Your item was delivered at 10:07 am on April 8, 2015 in WILMINGTON, DE 19808.

| April 8, 2015, 8:13 am | Out for Delivery | WILMINGTON, DE 19808 |
| April 8, 2015, 8:03 am | Sorting Complete | WILMINGTON, DE 19808 |
| April 8, 2015, 7:45 am | Arrived at Unit | WILMINGTON, DE 19808 |
| April 8, 2015, 3:25 am | Departed USPS Facility | NEW CASTLE, DE 19720 |
| April 7, 2015, 8:57 pm | Arrived at USPS Origin Facility | WILMINGTON, DE 19850 |
| April 6, 2015, 11:13 pm | Departed USPS Facility | SHREVEPORT, LA 71102 |
| April 6, 2015, 11:01 pm | Arrived at USPS Facility | SHREVEPORT, LA 71102 |
| April 6, 2015, 5:34 pm | Departed Post Office | LONGVIEW, TX 75601 |
| April 6, 2015, 3:50 pm | Acceptance | LONGVIEW, TX 75601 |

## Track Another Package

Tracking (or receipt) number

Track It